No. 72–595. Mott et al., Executors v. United States. Ct. Cl. Certiorari denied.

No. 72–628. Moore et al. v. United States. C. A. 5th Cir. Certiorari denied.

No. 72–636. Lombardozzi v. United States. C. A. 2d Cir. Certiorari denied.

No. 72–642. Mayhue's Super Liquor Stores, Inc., et al. v. Hodgson, Secretary of Labor. C. A. 5th Cir. Certiorari denied.

No. 72–645. Briola v. United States. C. A. 10th Cir. Certiorari denied.

No. 72–646. Oree v. United States. C. A. 2d Cir. Certiorari denied.

No. 72–657. Local Union 103, International Association of Bridge, Structural & Ornamental Iron Workers, AFL–CIO, et al. v. National Labor Relations Board et al. C. A. 7th Cir. Certiorari denied.

No. 72–661. Ledes v. New York. Ct. App. N. Y. Certiorari denied.

No. 72–662. Bata v. Bata et al. Sup. Ct. Pa. Certiorari denied.

No. 72–663. Turnpike Realty Co., Inc. v. Town of Dedham. Sup. Jud. Ct. Mass. Certiorari denied.